# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 1

**Case No.: 1:20CV19**             **Date: 3/30/2021**

---

**Patricia L. Garrish,**      Counsel: William Wampler, III and Bruce Russell, II
Plaintiff(s)

v.       Counsel: Gibson Wright

**Senators Coaches, Inc., et al.**
Defendant(s)

---

PRESENT:  **JUDGE:** James P. Jones     TIME IN COURT: 9:00 – 10:14 a.m.
        **Deputy Clerk:** Felicia Clark                     10:32 – 10:43 a.m.
        **Court Reporter:** Mary Butenschoen        10:56 a.m. – 12:17 p.m.
                                                                 1:07 – 2:15 p.m.
                                                                 4:02 – 4:46 p.m.
                                                **Total: 4 hours 38 minutes**

**Court Security Officers:** Bill White, Jack Necessary, Preston Bowers, Jerry Cunningham and Darryl Hopkins

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Patricia L. Garrish<br>2. Steven Hucik via Deposition Testimony | 1. |

PROCEEDINGS:
     18 jurors present and sworn on Voir Dire.
     1 juror struck for cause and 4 were struck at random by the Court
     3 jurors struck by Plaintiff.
     3 jurors struck by Defendant.
     7 member jury impaneled and sworn. Remaining jurors discharged.
☒    Preliminary remarks and instructions to jury by Court.
☒    Opening Statements.
☒    Plaintiff presents/continues presentation of evidence.

Additional Information:
9:00 a.m. - Jury Trial Day 1 held.  All parties were present and ready to proceed. Voir dire held. There were 18 jurors present and ready to proceed. There was 1 potential juror excused by the Court. There were 4 jurors struck by the Court at random. Court recessed at 10:14 a.m. Court resumed at 10:32 a.m. Plaintiff and Defense were both given 3 strikes each. A 7 member jury panel was selected. Court recessed at 10:43 a.m. Court resumed at 10:56 a.m. Jurors returned to the courtroom. Preliminary remarks by the Court. Opening statements by counsel. Plaintiff presented evidence and questioned witnesses. Outside the presence of the jury, objection by defense in re: Plaintiff's Proposed Exhibit # 20. Oral argument by counsel. Court recessed at 1:07 p.m. Outside the presence of the jury, discussion by counsel as to proposed exhibits. Jurors were brought into the courtroom. Plaintiff's counsel resumed presenting evidence and questioning witnesses. Outside the presence of the jury, oral argument by counsel as to the plaintiff's testimony in regards to her deposition. Court recessed at 2:15 p.m. Court resumed at 4:02 p.m. Court adjourned at 4:46 p.m.