# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CIVIL MINUTES – JURY TRIAL
Day 2

**Case No.:** 1:20CV19  **Date:** 3/31/2021

| | |
|---|---|
| **Patricia L. Garrish,** Plaintiff(s) | Counsel: William Wampler, III and Bruce Russell, II |
| v. | Counsel: Gibson Wright |
| **Senators Coaches, Inc., et al.** Defendant(s) | |

PRESENT:
- JUDGE: James P. Jones
- Deputy Clerk: Felicia Clark
- Court Reporter: Mary Butenschoen
- Court Security Officers: Jerry Cunningham, Jack Necessary, Johnny Hale & Bill White

TIME IN COURT: 9:02 – 11:03 a.m.
11:28 – 11:58 a.m.
1:31 – 2:47 p.m.
3:20 – 3:26 p.m.
TOTAL: 3 hours 53 minutes

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Dr. Zooker via Deposition Testimony | 1. Trooper William Deskins |
| 2. Steve Cipelle via Zoom | |

PROCEEDINGS:
- ☒ Plaintiff presents/continues presentation of evidence.
- ☒ Defendant presents/continues presentation of evidence.
- ☒ Closing Arguments.
- ☒ Jury Instructions given to jury.
- ☒ Jury Verdict in favor of the defendants.
- ☒ Mistrial declared.
- ☒ Jury polled.  ☒ Jury discharged

☒ Plaintiff rests.
☒ Defendant rests.

Additional Information:

9:02 a.m. - Jury Trial - Day 2.  All parties were present and ready to proceed. Plaintiff's counsel presented evidence and questioned witnesses. Plaintiff rested. Court recessed at 11:03 a.m. Court resumed at 11:28 a.m. Defense counsel presented evidence and questioned witness. Defense rested.  Court addressed trial progression with counsel. Court recessed at 11:58 a.m. Court

resumed at 1:31 p.m. Outside the presence of the jury, discussion by counsel as to the proposed jury instructions. Jurors returned to the courtroom. Closing arguments by counsel. Jury instructions given to the jury. Court retired to deliberate at 2:47 p.m. Court resumed at 3:20 p.m. Jury returned with a verdict in favor of the defendants. Court adjourned at 3:26 p.m.