IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

PATRICIA L. GARRISH,  )
                     )
         Plaintiff,  )   Case No. 1:20CV00019
                     )
v.                   )   **VERDICT**
                     )
SENATORS COACHES INC. AND )
STEVE CIPELLE,       )
                     )
         Defendants. )

We, the jury, unanimously find in favor of the Defendants.

_____
JURY FOREPERSON